■ JANUS PETROLEUM, INC., Respondent, v JOHN QUADROZZI et al., Appellants, et al., Defendant. [614 NYS2d 239] — Motion by the appellants to strike the respondent's appendix on an appeal from a judgment of the Supreme Court, Kings County, dated June 18, 1992, on the ground that the material contained therein is dehors the record. By decision and order of this Court dated April 22, 1993, the motion was referred to the Justices hearing the appeal.

Upon the papers filed in support of the motion and the papers filed in opposition thereto, it is

Ordered that the motion is granted. Mangano, P. J., Thompson, O'Brien and Florio, JJ., concur.

■ JARDINE EMETT & CHANDLER NEW YORK, INC., Appellant, v ARMORED TRANSPORT OF NEW YORK, Also Known as VETS INTERNATIONAL ARMORED TRANSPORT, Respondent. [612 NYS2d 186] —In an action to recover insurance premiums due and owing, the plaintiff appeals from an order of the Supreme Court, Kings County (Vinik, J.), dated October 14, 1992, which granted the defendant's motion to dismiss the complaint on the ground of res judicata.

Ordered that the order is affirmed, with costs.

The action was properly dismissed on the ground of res judicata, because it was identical to a prior action that was dismissed because of the plaintiff's failure to comply with a conditional order of preclusion *(see, Strange v Montefiore Hosp. & Med. Ctr.,* 59 NY2d 737; *Barrett v Kasko Constr. Co.,* 56 NY2d 830; *Leeds v Sturm, Ruger & Co.,* 101 AD2d 881). Sullivan, J. P., Rosenblatt, Pizzuto and Altman, JJ., concur.